# EXHIBIT G

Case 1:17-cv-05083-PGG   Document 49-7   Filed 02/16/18   Page 2 of 2

# Newspaper Guild of New York
# The New York Times



Benefits Fund • Pension Plan • Scholarship Fund

August 8, 2016

Mr. Christopher Biegner
The New York Times
620 8th Avenue, 18th Floor
New York, NY 10018

RE: Robert Stolarik

Dear Mr. Biegner:

Pursuant to the enclosed July 28, 2016 letter from Lee Bantle, please state The New York Times' position with respect to Robert Stolarik's claim that he is an employee and in the bargaining unit and set forth the reason for the Times' position.

Sincerely,

Robert A. Costello
Administrator

Encl.

cc: Robert Projansky, Esq.

1501 Broadway, Suite 1724 • New York, NY 10036
Phone (646) 237-1670 • Fax (212) 395-9299