# BANTLE & LEVY LLP

ATTORNEYS AT LAW

817 BROADWAY, 6TH FLOOR

NEW YORK, NEW YORK 10003

ROBERT L. LEVY
LEE F. BANTLE
SHERIE N. BUELL

TEL 212.228.9666
FAX 212.228.7654

October 10, 2018

**Via ECF**
Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Stolarik v. The New York Times Company, et al.*
               Case No. 17 Civ. 5083 (PGG)

Dear Magistrate Judge Fox:

      This firm represents Plaintiff Robert Stolarik in the above-referenced matter. We write to request that the two pending discovery disputes before you be addressed at an in-person conference.

      The first discovery dispute was referred to you by Judge Gardephe on September 28, 2018 and concerns (1) the withholding of documents by Defendants The New York Times and Michele McNally ("The Times Defendants") based on a claim of attorney-client privilege; and (2) Plaintiff's request to take the depositions of two additional witnesses.[1] The second discovery dispute was submitted directly to you in a letter delivered on October 2, 2018 and concerns Plaintiff's request for documents showing the availability of assignments given to other freelance photographers at The Times.

      Plaintiff thinks that an in-person conference would be the most effective way for the parties to argue their positions, which Plaintiff believes may require reference to two lengthy privilege logs that have been submitted.

      The Times Defendants do not believe that an in-person conference is necessary to resolve the pending discovery disputes, but do not oppose Plaintiff's request.

---

[1] Plaintiff requested three additional depositions initially, but The Times Defendants have consented to one of the three requested depositions.

**BANTLE & LEVY LLP**

                                  Sincerely yours,

                                  */s/ Lee F. Bantle*

                                  Lee F. Bantle

cc:    Allan Bloom, Esq. (via ECF)
       Michelle Annese, Esq. (via ECF)