UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT STOLARIK,

        Plaintiff,

- against -

THE NEW YORK TIMES COMPANY and
MICHELE MCNALLY,

        Defendants.

**ORDER**

17 Civ. 5083 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that a conference in this action will be held on **May 23, 2019 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 17, 2019

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge