UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT STOLARIK,

        Plaintiff,

- against -

THE NEW YORK TIMES COMPANY and
MICHELE MCNALLY,

        Defendants.

**ORDER**

17 Civ. 5083 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the parties shall submit a joint status letter and new proposed Amended Case Management Plan by **October 11, 2019**.

Dated: New York, New York
       October 1, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge