UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT STOLARIK,

        Plaintiff,

- against -

THE NEW YORK TIMES COMPANY, MICHELE MCNALLY, TRUSTEES OF THE NEWSPAPER GUILD OF NEW YORK - NEW YORK TIMES PENSION PLAN, NEWSPAPER GUILD OF NEW YORK – NEW YORK TIMES PENSION PLAN, TRUSTEES OF THE GUILD-TIMES ADJUSTABLE PENSION PLAN, and GUILD - TIMES ADJUSTABLE PENSION PLAN,

        Defendants.

**ORDER**

17 Civ. 5083 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to the motion for summary judgment of Defendants New York Times Company and Michele McNally:

1. Defendants' motion is due on **March 3, 2020**;

2. Plaintiff's opposition is due on **March 24, 2020**; and

3. Defendants' reply, if any, are due on **April 3, 2020**.

The conference scheduled for February 13, 2020 is adjourned sine die.

Dated: New York, New York
      February 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge