# BANTLE & LEVY LLP

ATTORNEYS AT LAW

99 PARK AVENUE, SUITE 1510

NEW YORK, NEW YORK 10016

ROBERT L. LEVY
LEE F. BANTLE
SHERIE N. BUELL
DAVID KRAUSS

TEL 212.228.9666
FAX 212.228.7654

April 6, 2020

<u>Via ECF</u>

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

           Re:    *Stolarik v. The New York Times Company, et al.*
                    <u>Civil Case No. 17 Civ. 5083 (PGG)</u>

Dear Judge Gardephe:

      We write on behalf of all parties in the above-referenced matter to notify the Court that the parties have mutually agreed to resolve the matter in principle. We respectfully request that the Court stay the remaining summary judgment briefing deadlines (*see* Dkt. 123) for an additional thirty (30) days during which time the parties will, among other things, request the Court's approval of the settlement of Plaintiff's claim under the Fair Labor Standards Act, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and file a stipulation of dismissal with prejudice.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/signature/* Paul G. Gardephe, U.S.D.J.

Dated: April 7, 2020

Respectfully submitted,

*/s/ Sherie N. Buell*

Sherie N. Buell

cc